

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-14-00925-CR

Style:                            Ex parte Terry Lynn Spies

Date motion filed[*]:          April 13, 2015

Type of motion:             Motion for extension of time to file appellate brief

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:
    Original due date:                None
    Number of previous extensions granted:            Current Due date:
    Date Requested:                None

Ordered that motion is:

    ☒    Granted

          If document is to be filed, document due: **30 days from the date of this order**

          ☒    **The Court will not grant additional motions to extend time.**

    ☐    Denied

    ☐    Dismissed (moot)

    ☐    Other: _____

  Appellant's brief is due to filed no later than 30 days from the date of this order. No further extensions will be granted. *See* TEX. R. APP. P. 31.2.

Judge's signature:    /S/ Russell Lloyd
          ☑    Acting individually    ☐    Acting for the Court

Panel consists of    _____

Date:  April 21, 2015